*84 N. J. Eq.*                    Cohen *v.* Pool.

---

AARON M. COHEN, appellant,

*v.*

AUGUSTUS C. POOL, respondent.

[Submitted December 7th, 1914. Decided January 27th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p.* 77.

*Mr. Abe J. David,* for the complainant.

*Mr. Foster M. Voorhees,* for the defendant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, WILLIAMS—14.

*For reversal*—None.